26238.   RESIDENTIAL DEVELOPMENTS, INC. v.
MERCHANTS INDEMNITY COMPANY et al.

ALMAND, Chief Justice. After further consideration we are of the opinion that the Court of Appeals correctly decided this case (122 Ga. App. 503 (177 SE2d 715)) and its judgment is

*Affirmed. All the Justices concur, except Felton, J., who dissents.*
ARGUED JANUARY 13, 1971—DECIDED MARCH 4, 1971.

*Woodruff, Savell, Lane & Williams, Edward L. Savell,* for appellant.

*Kirk McAlpin, Long, Weinberg, Ansley & Wheeler, Palmer H. Ansley, John Talmadge, G. T. Chrichton, Lappas & Montet, N. Forrest Montet,* for appellees.